**In re SEALED CASE, No. 97–3112.**

No. 97–3112.

United States Court of Appeals,
District of Columbia Circuit.

Nov. 3, 1998.

Before: EDWARDS, Chief Judge;
WALD, SILBERMAN, WILLIAMS,
GINSBURG, SENTELLE, HENDERSON,
RANDOLPH, ROGERS, TATEL and
GARLAND, Circuit Judges.

*ORDER*

PER CURIAM.

Upon consideration of appellee's Suggestion For Rehearing *In Banc,* the response thereto, and the vote by a majority of the judges of the court in regular, active service in favor of the suggestion, it is

**ORDERED** that the suggestion be granted. This case will be reheard by the court sitting *in banc.* The judgment filed herein on July 24, 1998, is vacated as to Part III of the opinion of that date only. It is

**FURTHER ORDERED** that oral argument will be heard by the court sitting *in banc* on Wednesday, January 27, 1999, at 9:30 A.M.

The parties are directed to submit thirty copies each of the briefs and joint appendix previously filed in this case and to do so on or before December 24, 1998. The parties are granted leave to file supplemental briefs of no more than 15 pages limited to authority issued since the date of the panel decision, in accord with the following schedule:

| | |
|---|---|
| Appellant's Brief | November 24, 1998 |
| Appellee's Brief | December 16, 1998 |
| Appellant's Reply Brief | December 24, 1998 |

**FRATERNAL ORDER OF POLICE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 97–5304.

United States Court of Appeals,
District of Columbia Circuit.

Nov. 12, 1998.

Before WILLIAMS, GINSBURG and
RANDOLPH, Circuit Judges.

*ORDER*

PER CURIAM.

The United States's petition for rehearing is granted. Briefs should be filed according to the schedule below and should address (1) whether it is proper for the court to consider, as part of an equal protection challenge, a form of discrimination (between domestic violence misdemeanants and domestic violence felons) not explicitly asserted in the trial court or in counsel's briefs on appeal, when the issue was raised in oral argument and, although it had an opportunity to do so, the government did not claim that appellant's omission had waived the issue; (2) the merits of the equal protection challenge in that form.

The briefs should be filed as follows:

United States's opening brief (3,750 words maximum), due November 27, 1998

Appellant's response (3,750 words maximum), due December 11, 1998.

United States's Reply (1,875 words maximum), due December 28, 1998

Oral argument will be heard on January 12, 1999. The parties will be advised at a later date of the time and location of the argument.